

# THE ATTORNEY GENERAL
## OF TEXAS

**CRAWFORD C. MARTIN**
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

February 11, 1970

Col. Wilson E. Speir
Director
Texas Department of Public Safety
P.O. Box 4087
Austin, Texas 78751

Opinion No. M-571

Re: Whether the operator of a
vehicle transporting liquid
asphalt is required under
Article 6701c-1, Vernon's
Civil Statutes, to file a copy
of his lease with the Depart-
ment of Public Safety.

Dear Colonel Speir:

You have requested an opinion of this office as to whether operators of
vehicles transporting liquid asphalt are exempted from the lease provisions
of Article 6701c-1, Vernon's Civil Statutes. Section 2 of Article 6701c-1
provides in part that the Act shall not apply to:

". . . motor vehicles, commercial motor vehicles and
truck tractors. . . used exclusively in the transportation
of sand, gravel, dirt, shell, cement, ready-mixed concrete,
asphalt rock, aggregate, and other similar road-building
substances ordinarily transported in bulk. . ."

when such substances are being transported for the various purposes and to
and from the various destinations further enumerated in this provision of the
Act.

Since liquid asphalt is not a named substance in this provision, it must fall
within the phrase "other similar road-building substances" in order that the
transportation of liquid asphalt might be exempt from the lease provisions of
Article 6701c-1.

Of the various commodities named in Section 2 of the Act there is one
commodity that has many similarities to liquid asphalt. That named commodity
is asphalt rock. Asphalt rock is defined in Webster's Third New International
Dictionary, 1961, to be:

"rock (as sand stone or lime stone) impregnated
naturally with asphalt. " [Emphasis added. ]

In addition to the similarity arising from the presence of natural asphalt in asphalt rock, the two substances, asphalt rock and liquid asphalt, are generally used as road surfacing materials. As such, liquid asphalt is a "similar road-building substance" to asphalt rock and, therefore, included in Section 2, Article 6701c-1.

## SUMMARY

The operator of a vehicle transporting liquid asphalt is exempted from the provisions of Article 6701c-1, V.C.S., with respect to the lease provisions and filing requirements of that Act.

Respectfully yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by James M. Mabry
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Acting Co-Chairman

Dunk Sullivan
Alan Minter
A. J. Gallerano
Bennie Bock

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant